COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:          01-17-00389-CV

Style:          Ryan Kelsall v. Rachel Haisten

Date motion filed*:          February 6, 2018

Type of motion:          Opposed Third Motion for Extension of Time to File Appellee's Brief

Party filing motion:          Appellee's counsel Denice Smith

Document to be filed:          Appellee's Brief

Is appeal accelerated?          No.

If motion to extend time:

      Original due date:          November 22, 2017

      Number of extensions granted:          2          Current Due Date: January 22, 2018

      Date Requested:          February 21, 2018 (91 days from original due date)

Ordered that motion is:

      ☑ Granted

            If document is to be filed, document due: February 21, 2018.

            ☑          No further extensions of time will be granted.

      ☐ Denied

      ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

      ☑ Other: _____

      Because appellee's counsel's third extension provides extraordinary reasons for
needing more time to file her brief, this extension is **granted until February 21, 2018,
but no further extensions will be granted**. *See* TEX. R. APP. P. 10.5(b)(1)(C),
38.6(d).

Judge's signature: /s/ Evelyn V. Keyes
                ☑ Acting individually          ☐ Acting for the Court
Date: February 13, 2018